IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                    No. 4:06CR00290 JMM

ANTONIO DARACELL ALEXANDER

## FINAL ORDER OF FORFEITURE

WHEREAS, on March 27, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendants to forfeit their interest in the following:

> A Smith and Wesson, model 39-2, 9 millimeter caliber pistol, serial number A412064 and 5 rounds of Winchester, 9 millimeter pistol ammunition

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, the United States also provided actual notice to all interested parties, including to the defendants;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

IT IS ORDERED that all right, title, and interest in all of the property set forth above is hereby forfeited to the United States, and the United States Marshal shall dispose of such property according to law.

SO ORDERED this 5th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE